# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Roger Reed | 19 CU 139 RAW SPS |
| **DEFENDANT** Nicole Donnelly | **TYPE OF PROCESS** |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Nicole Donnelly

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 6888 E. 133RD ROAD Holdenville OK, 74848

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Roger Reed 524862
6888 E. 133rd Rd
Holdenville Ok 74848

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                        Fold

Signature of Attorney or other Originator requesting service on behalf of:
Roger Reed
☐ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER | DATE 5/29/19

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 63 | District to Serve No. 63 | Signature of Authorized USMS Deputy or Clerk MS | Date 6/3/19 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

**FILED**
JUN 26 2019
PATRICK KEANEY
Clerk, U.S. District Court
By

Date of Service 6/19/19 | Time 11:45 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

**REMARKS:**

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| | |
|---|---|
| Roger Reed, Jr. <br> *Plaintiff* <br> v. <br> Nicole Donnelly <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. CIV-19-139-RAW-SPS <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nicole Donnelly, Nurse
Davis Correctional Facility
6888 E. 133rd Road
Holdenville, OK 74848

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Roger Reed, Jr.
524862
Davis Correctional Facility
6888 E 133rd Rd
Holdenville, OK 74848

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/03/2019

Patrick Keaney



Civil Action No. CIV-19-139-RAW-SPS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nicole Donnelly
was received by me on *(date)* 6/11/2019 .

☒ I personally served the summons on the individual at *(place)* Davis CF
on *(date)* 6/18/19 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/18/19

_____
*Server's signature*

T. Gordson S/C
*Printed name and title*

6888 E 133 Rd Holdenville OK
*Server's address*

Additional information regarding attempted service, etc: